COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Richard Alan Haase v. Countrywide Home Loans, Inc., et al.

Appellate case number:   01-20-00854-CV

Trial court case number:  07-DCV-161177

Trial court:                      400th District Court of Fort Bend County

Date motion filed:           June 18, 2021

Party filing motion:         Appellants


The en banc court unanimously voted to deny appellants' motion for en banc reconsideration. It is ordered that the motion is **denied**.


Appellants' brief is due thirty days from the date of this order.


Judge's signature:              /s/ Veronica Rivas-Molloy_____
                                         ☑ Acting for the Court


\* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date: July 1, 2021